## S S KRESGE CO v B D K CO et

Ohio Appeals, 7th Dist, Columbiana Co

Decided Nov 21, 1935

William B. Moore, Lisbon, Harry L. Deibel, Cleveland, and Galvin & Babin, Cleveland, for appellant.

Kuth & Ehrke, Cleveland, for The B. D. K. Company; Metzger, McCorkhill & Metzger, Salem, for Juliet E. Moff; K. L. Cobourn, Salem, for Josephine R. Moff and Josephine R. Moff, executrix, and Harry M. Vogel, guardian of Raymond H. Moff.

For full opinion see 6 OO 236; 52 Oh Ap 101.